UNITED STATES of America, Plaintiff–Appellee,

v.

Thomas Glen LEWIS, a.k.a. Steven J. McDonald, Defendant–Appellant.

No. 05–15102
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

July 13, 2006.

W. Charles Fletcher, Jacksonville, FL, for Defendant–Appellant.

Peggy Morris Ronca, Jacksonville, FL, for Plaintiff–Appellee.

Before BLACK, CARNES and BARKETT, Circuit Judges.

PER CURIAM:

W. Charles Fletcher, appointed counsel for Thomas Lewis in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the revocation of Lewis's supervised release, as well as the accompanying sentence, are

**AFFIRMED.** Appellant's motion to proceed *pro se* is **DENIED AS MOOT.**